# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROBERT BRANDON LANGLEY**                                    **PLAINTIFF**

**VS.**                            **CASE NO. 5:09V00372 JMM**

**COREY R. JACKSON,** *et al.*                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

    1. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

    DATED this __1__ day of __June__, 2010.

                                                             _James M. Moody_
                                                         UNITED STATES DISTRICT JUDGE